UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 8:14-CR-496-T-17AEP

ROBERT WILLIAM BARTON.

_____/

ORDER

This cause is before the Court sua sponte. This cause is set for trial on Monday, January 25, 2016. The Court directs the Government and Defendant Barton to confer as to proposed jury instructions and proposed verdict form, and file the following by **Thursday, January 21, 2016**: 1) a package of jury instructions to which both parties stipulate; 2) a package of the Government's proposed jury instructions to which Defendant Barton objects, if any; and 3) a package of Defendant Barton's proposed jury instructions to which the Government objects, if any. If the parties agree on the verdict form, the parties shall file one proposed verdict form. If the parties cannot agree, each party shall file a proposed verdict form. Accordingly, it is

**ORDERED** that the parties shall file their proposed jury instructions and verdict form in accordance with this Order by **Thursday, January 21, 2016.**

Case No. 8:14-CR-496-T-17AEP

**DONE and ORDERED** in Chambers in Tampa, Florida on this 18th day of December, 2015.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All parties and counsel of record