UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:14-cr-496-T-17AEP

ROBERT WILLIAM BARTON

### PRELIMINARY ORDER OF FORFEITURE

The United States moves, pursuant to 18 U.S.C. § 1594(d), and Rule 32.2(b)(2) for a preliminary order of forfeiture for the Clerke, mod 1aa .22 caliber revolver and four rounds of CCI .22 caliber ammunition. (DKT. 1aa)

Being fully advised of the relevant facts, the Court finds as follows:

Following a jury trial, the defendant was found guilty of being a convicted felon in possession of a firearm attempted, in violation of 18 U.S.C. § 922(g)(1), as charged in Count One of the Indictment.

The United States has established the requisite nexus between the defendant's crime of conviction and the firearm and ammunition identified above. Thus, the government is entitled to forfeit of the firearm and ammunition, pursuant to the provisions of 18 U.S.C. § 1594(d), and Federal Rule of Criminal Procedure 32.2(b)(2).

Accordingly, it is **ORDERED** that the motion of the United States is GRANTED. Pursuant to 18 U.S.C. § 1594(d), and Federal Rule of Criminal Procedure 32.2(b)(2), the firearm and ammunition identified above are FORFEITED to the United States of America for disposition according to law,

CASE NO. 8:14-CR-496-T-17 AEP

subject to the provisions of 21 U.S.C. § 853, as incorporated by 18 U.S.C. § 2253(b).

It is FURTHER ORDERED that, this order shall become a final order of forfeiture at sentencing.

The Court retains jurisdiction to complete the forfeiture and disposition of the firearm and ammunition.

**ORDERED** in Tampa, Florida, on October 20th, 2016.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties\Counsel of Record

2